UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RE: EDWARD A RATULOWSKI<br>CHRISTINE A RATULOWSKI<br><br>Debtors | ) Case No. 19 B 20884<br>)<br>) Chapter 13<br>)<br>) Judge: DONALD R CASSLING |

**NOTICE OF MOTION**

EDWARD A RATULOWSKI　　　　　　　　　　　　　　LEE RATLIFF & ASSOCIATES LLC
CHRISTINE A RATULOWSKI　　　　　　　　　　　　　via Clerk's ECF noticing procedures
245 SAUK TRAIL
PARK FOREST, IL 60466

Please take notice that on September 12, 2019 at 10:00 am my designee or I will appear before the Honorable Judge DONALD R CASSLING at 219 South Dearborn Courtroom 619, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at   55 E Monroe St., Chicago, Il 60603 or by the methods indicated on September 04, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Tom Vaughn

**TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY**

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1.  On July 25, 2019 the Debtors filed a petition and plan under Chapter 13  of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtors has caused unreasonable delay that is prejudicial to creditors by failing to:

Need Social Security statement for Mr.; amend plan - #2.2 how is tax refund being treated? Now blank and plan not feasible.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Tom Vaughn

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900